**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Hull, | No. CV-21-00021-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Ohio Security Insurance Company, | |
| Defendant. | |

Pending before the Court is the parties' proposed Stipulation to Dismiss with Prejudice (Doc. 10) pursuant to Rule 41(a)(2), Fed. R. Civ. P., filed on November 22, 2021, by Plaintiff Ronald Hull ("Plaintiff") and Defendant Ohio Security Company ("Defendant"). The Stipulation seeks dismissal with prejudice. Good cause appearing,

**IT IS ORDERED GRANTING** the parties' Stipulation for Dismissal (Doc. 10).

**IT IS FURTHER ORDERED DISMISSING WITH PREJUDICE** Plaintiff's Complaint (Doc. 1), with each party to bear their own fees and costs. The Clerk of the Court shall close the case.

Dated this 23rd day of November, 2021.

Honorable John C. Hinderaker
United States District Judge